```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 15200
    TERRY L HOUSE
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

         Debtor
    SSN XXX-XX-3074


-----------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 11/20/06 and confirmed on 02/09/07.

    2.  The case was dismissed after confirmation, 12/14/2007.

    3.  The Debtor paid a total of $   1075.00 .

    4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT      INTEREST         PRINCIPAL
                                                           PAID             PAID
-----------------------------------------------------------------------------------
BILL KAY CHEVROLET       SECURED VEHIC     500.00            17.35           218.16
MIDWEST TITLE LOANS      SECURED VEHIC      64.15           110.99            64.15
AT & T PAYROLL PARTNERS  UNSECURED       NOT FILED            .00              .00
COMED                    UNSECURED        4139.05            .00              .00
TIMOTHY MCJOYNT PC       UNSECURED       NOT FILED            .00              .00
NICOR GAS                UNSECURED        1373.78            .00              .00
PEOPLES GAS              UNSECURED         138.80            .00              .00
SAGE TELECOM             UNSECURED       NOT FILED            .00              .00
ASSET ACCEPTANCE CORP    UNSECURED        3054.36            .00              .00
SOCIAL SECURITY ADMIN    UNSECURED       NOT FILED            .00              .00
TCF BANK                 UNSECURED       NOT FILED            .00              .00
WEST SUBURBAN CURR EXCHA UNSECURED       NOT FILED            .00              .00
ASSET ACCEPTANCE CORP    UNSECURED         682.31            .00              .00
ASSET ACCEPTANCE CORP    UNSECURED        1475.79            .00              .00
MIDWEST TITLE LOANS      UNSECURED            .00            .00              .00
         Summary of disbursements:
-----------------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED       OTHER           TOTAL
-----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   564.15       .00      10864.09         .00          11428.24
PRINCIPAL PAID       282.31       .00           .00         .00            282.31
INTEREST PAID        128.34       .00           .00         .00            128.34
TOTAL PAID           410.65       .00           .00         .00            410.65
The Debtor's attorney, RICHARD S BASS                  , was allowed $    1800.00
and was paid $    66.00  direct and $   627.88  through the plan.

The Trustee received $     36.47 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
```

the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/10/08                              /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE

                                    PAGE  2
       CASE NO. 06 B 15200 TERRY L HOUSE